# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § |  |
|---|---|---|
|  | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:24-M -00064(1) |
|  | § |  |
| (1) El Sayed Farhat | § |  |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 28, 2023** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, Quezada, Emanuel** and that this complaint is based on the following facts: *"On or about December 28th 2023, the defendant, El Sayed Farhat, an alien who is a native and citizen of Lebanon, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass Texas.*

Sworn to before me and subscribed in my presence,    /s/ Quezada, Emanuel
Signature of Complainant
Quezada, Emanuel
Border Patrol Agent

01/05/2024                                             at    DEL RIO, Texas
File Date                                                    City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE                         Signature of Judicial Officer